```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                            NEWNAN DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING MOTION TO DISMISS HEARING ON MAY 21, 2015**

CASE NO.:    12-13203-WHD

DEBTOR(S):    TYRONZA CHENE THORNTON

**TRUSTEE TO REPORT BACK 10 DAYS**

   WHETHER CASE HAS CONVERTED TO CHAPTER 7.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

   HAS RECEIVED NO NOTICE OF CONVERSION.

   PLEASE ENTER AN ORDER OF DISMISSAL IF CASE HAS NOT BEEN CONVERTED.

June 5, 2015

                                   /s/Jonathan S. Adams
                                   Jonathan S. Adams, Atty. for
                                   Chapter 13 Trustee
                                   GA Bar No. 979073




Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

12-13203-WHD

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR(S):

    TYRONZA CHENE THORNTON
    408 HAMPTON GREEN DRIVE
    LAGRANGE, GA 30240

ATTORNEY FOR DEBTOR(S):

    BERRY & ASSOCIATES
    2751 BUFORD HIGHWAY, N.E.
    SUITE 400
    ATLANTA, GA  30324-5456

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 5th day of June, 2015.


/s/Jonathan S. Adams
Jonathan S. Adams, Atty. for
Chapter 13 Trustee
GA Bar No. 979073




Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444